# EXHIBIT 4

Plaintiff's Preliminary Infringement Contentions for DHL Express (USA), Inc., including exhibits (if any)

| U.S. Patent No. Re. 36,111 Claim 41 | DHL |
|---|---|
| 41. A method of constructing a database wherein said database is used by a telephone service provider for direct routing a telephone call from a first party who has an originating telephone number at a physical location and who dials one of an 800-type, 900-type or other special access code telephone number assigned to a second party, who has determined specific locations to receive calls originating from within pre-determined geographic areas, thereby allowing the first party to reach one of a plurality of locations of the second party based on geographic location from which the telephone call originate from within one of a plurality of geographic areas, said method comprising the steps of: | DHL Express (USA), Inc. ("DHL") has multiple service locations. Calls placed to, e.g., 1-800-CALL-DHL access a database constructed using the following method. *See* Exh. 3A, website entitled Contact DHL, found at http://www.dhl-usa.com/custserv/contactus.asp?nav=ContactUs last accessed October 8, 2007. |
| (a) assigning individual latitude and longitude coordinates to the physical location of all potential first parties; | DHL has a database constructed that includes latitude and longitude coordinates assigned to the location of the potential first parties. A person having ordinary skill in the art would normally assign latitude and longitude coordinates using readily available, programs, data bases, tables or other instrumentalities that convert telephone numbers to addresses, ZIP codes, ZIP+4 codes or other location identifiers. A well known example of this is a reverse telephone directory. Addresses, ZIP codes and ZIP+4 codes may then be geocoded to latitudes and longitudes using geographic information systems (GISs), geocoding data bases or other instrumentalities such as ESRI and MapInfo. |
| (b) defining the boundaries of one or more geographic areas which can be of any size and shape according to predetermined criteria each point along said boundaries being defined by latitude and longitude coordinates; and | DHL has a database constructed in which geographic areas are defined using predetermined criteria. A person having ordinary skill in the art would normally use readily available programs or manual means to define boundaries with latitudes and longitudes. Examples of programs and manual means include GIS and physical overlay mapping. |
| (c) assigning to the physical location of said potential first parties a telephone number of a service location of a second party that will receive calls originating from within the boundary of a geographic territory in which the latitude and | DHL uses a database in which the telephone number of the appropriate DHL service location is assigned to the location of the potential first parties. A person having ordinary skill in the art would normally make this assignment using readily available programs that determine |

1

| | |
|---|---|
| longitude coordinates of the physical location of each of said potential first parties lies. | whether a point lies within a boundary. Examples of such programs are GISs. The GIS programs use "point-in-polygon" (PIP) algorithmic techniques such as ray casting or winding numbers. The telephone number of the service location of the second party is associated with each geographic boundary is included with other data about the geographic area within the GIS or similar program. Once the PIP technique has identified which geographic area the latitude and longitude of the first party lies within, a union is made between the telephone number of the first party and the telephone number of the service location of the second party. |
| **U.S. Patent No. Re. 36,111**<br>**Claim 43** | **DHL** |
| 43. The method of claim 41 wherein step (a) comprises the steps of: | DHL has a database that is constructed in part by: |
| (i) determining a ZIP+4 code of the physical location of each potential first party: | Mapping the physical location of the caller to a ZIP+4 code; |
| (ii) determining the latitude and longitude coordinates of said ZIP+4 code; and | Determining the latitude and longitude coordinates of the ZIP+4; |
| (iii) correlating the latitude and longitude coordinates of each ZIP+4 code to the telephone number of each potential first party. | Correlating these latitude and longitude coordinates to the ANI (Automatic Number Identification) of each potential first party. |
| **U.S. Patent No. Re. 36,111**<br>**Claim 44** | **DHL** |
| 44. The method of claim 41 wherein step (a) comprises the steps of: | DHL has a database that is constructed in part by: |
| (i) determining a ZIP code of the physical location of each potential first party; | Mapping the physical location of each potential first party to a ZIP code; |
| (ii) determining the latitude and longitude coordinates of the ZIP code of each potential first party; and | Determining the latitude and longitude coordinates of the ZIP code; |
| (iii) correlating the latitude and longitude coordinates of each ZIP code to the telephone number of each potential first party. | Correlating these latitude and longitude coordinates to the ANI of each potential first party. |

| | |
|---|---|
| **U.S. Patent No. 5,805,689**<br>**Claim 1** | **DHL** |
| 1. In a telephone system, a method of constructing a database wherein said database is used by a telephone service provider for direct routing a telephone call from a first party who dials one of an 800-type, 900-type or other special access code telephone number assigned to a second party, who has determined specific | DHL has multiple service locations. Calls placed to, e.g., 1-800-CALL-DHL access a database constructed using the following method. *See* Exh. 3A. |

2

| | |
|---|---|
| locations to receive calls originating from within pre-determined geographic areas, thereby allowing the first party to reach one of a plurality of locations of the second party based on geographic location of the first party from within one of a plurality of geographic areas, said method comprising the steps of: | |
| a. assigning individual latitude and longitude coordinates to each telephone number of all potential first parties; | DHL has a database constructed that includes latitude and longitude coordinates assigned to the ANI of the potential first parties. A person having ordinary skill in the art would normally assign latitude and longitude coordinates using readily available, programs, data bases, tables or other instrumentalities that convert telephone numbers to addresses, ZIP codes, ZIP+4 codes or other location identifiers. A well known example of this is a reverse telephone directory. Addresses, ZIP codes and ZIP+4 codes may then be geocoded to latitudes and longitudes using GISs, geocoding data bases or other instrumentalities such as ESRI and MapInfo. |
| b. defining the boundaries of one or more geographic areas which can be of any size and shape according to pre-determined criteria; | DHL has a database constructed in which geographic areas are defined using predetermined criteria. A person having ordinary skill in the art would normally use readily available programs or manual means to define boundaries with latitudes and longitudes. Examples of programs and manual means include GIS and physical overlay mapping. |
| c. assigning to the telephone number of each potential first party a telephone number of a specific location of the second party that will receive calls originating from within a geographic area of each first party; | DHL has a database constructed in which the telephone number of the appropriate DHL service location is assigned to the ANI of the potential first party. A person having ordinary skill in the art would normally make this assignment using readily available programs that determine whether a point lies within a boundary. Examples of such programs are GISs. The GIS programs use PIP algorithmic techniques such as ray casting or winding numbers. The telephone number of the service location of the second party is associated with each geographic boundary is included with other data about the geographic area within the GIS or similar program. Once the PIP technique has identified which geographic area the latitude and longitude of the first party lies within, a union is made between the telephone number of the first party and the telephone number of the service location of the second |

|  | party. |
|---|---|
| d.  determining in which geographic area a potential call might originate for each potential first party in the area encompassed by all geographic areas; and | DHL has a database constructed in which the geographic area from which a call might originate is determined. |
| e.  assigning the specific location of the second party to all potential first parties within the boundaries of each geographic area. | DHL has a database constructed in which the appropriate DHL service location is assigned to the potential first parties within the geographic area. |
| **U.S. Patent No. 5,805,689**<br>**Claim 3** | **DHL** |
| 3.  The method of claim 1 wherein step a. further comprises the steps of: | DHL has a database that is constructed in part by: |
| a.  determining a ZIP+4 code of the address of each potential first party; | Mapping the address of each potential first party to a ZIP+4 code; |
| b.  determining the latitude and longitude coordinates of said ZIP+4 code; and | Determining the latitude and longitude coordinates of the ZIP+4; |
| c.  correlating the latitude and longitude coordinates of each ZIP+4 code to the telephone number of each potential first party. | Correlating these latitude and longitude coordinates to the ANI of each potential first party. |

4

Contact Us   |



| Ship | Track | Services | About DHL | Help |

DHL USA Home     DHL Global

# Contact DHL



**Help**

- How to get started shipping
- How to ship internationally
- Get an account
- Pay for your shipment
- Find service information
- FAQ
- Tools
- **Contact DHL**

## Log in to DHL

User ID  
Password  
☐ Remember my User ID

**Log in** ▶

- Forgot password/user ID?

**New to DHL online?**  
Registration is quick and free.
- Sign up now

## DHL Customer Services

**Customer Service**  
For assistance with general shipping questions including tracking, pickups and supplies.

**1-800-CALL-DHL** (1-800-225-5345) or email us

**Attempted Delivery Inquires**

**1-888-2-RETURN (1-888-273-8876)**

**Technical Support**  
For assistance with technology related issues or questions on WebShip, EasyShip, and all other online based applications

**1-800-527-7298** or email us

**For sales information and to open a new account**

**1-866-345-2329** or sign up online

**Billing, Online Billing**

**1-800-CALL-DHL** or email us

## DHL Global Forwarding

**DHL Global Forwarding Domestic Heavyweight Services**  
For Shipments > 150 lbs.

**1-866-849-5100**

**DHL Global Forwarding Air Freight Services**  
For assistance with issues related to DHL Global Forwarding International Air Freight Services

**1-800-234-2778**

**DHL Global Forwarding Ocean Services**  
For assistance with issues related to DHL Global Forwarding International Ocean Freight Services

**1-800-255-6232**

## Other DHL Services

**DHL@home Delivery Service -** Shippers

**1-888-744-7229**  
or email us

**DHL@home Delivery Service -** Receivers

**1-800-CALL-DHL** (1-800-225-5345)  
or email us

**DHL Same Day Service**  
For questions related to DHL Same Day service.

**1-800-DHL ASAP** (1-800-345-2727)

**Self help resources**

- View help FAQs
- View shipping help
- How to ship internationall
- Working at DHL
- Independent Contractors

**Website feedback**

We welcome your feedback this site. Please let us know can make it more useful an informative.
- Tell us what you think



| | |
|---|---|
| **ShipReady<sup>TM</sup> Prepaid Shipping Information** | **1-800-514-0351** <br> or email us |
| **Hazardous Materials Hotline** | **1-866-588-2002** |
| **DHL Logistics Sales** | **1-800-637-5502, ext. 3004** |
| **DHL Logistics Customer Service** <br> For Logistics customers only | **1-800-637-5502, ext. 1** |
| **Charter Services** | **1-800-DHL ASAP** (1-800-345-2727) |
| **General Questions/Comments** | Shipping within the United States or <br> Shipping Internationally |
| **Website Feedback** | Tell us what you think |

## American Headquarters

**DHL Express**
1200 South Pine Island Road
Suite 600
Plantation,FL 33324
USA

**Business Hours**
Mon-Fri 8:00am - 5:00pm EST
Sat-Sun Closed
Holidays Closed

**Customer Correspondence**
- Compliment / Praise
- Complaint / Concern
- Question / Suggestion

**DHL Express**
**Office of the President**
10097 Cleary Blvd. #403
Plantation, FL 33324
USA
Fax: 888-221-6211
or email us

DHL Global  |  About DHL  |  Newsroom  |  Contact  |  Sitemap  |  Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.