# EXHIBIT 6

Plaintiff's Preliminary Infringement Contentions for Enterprise Rent-A-Car Company, including exhibits (if any)

| U.S. Patent No. Re. 36,111 Claim 1 | Enterprise |
|---|---|
| 1. A system for direct routing a telephone call from a first party who has an originating telephone number at a specific location defined by latitude and longitude coordinates who dials a telephone number including digits uniquely characteristic to a second party having a plurality of service locations, said system comprising: | Enterprise Rent-A-Car Company ("Enterprise") has multiple service locations. Calls placed to, e.g., 1-800-261-7331, 1-800-RENT-A-CAR and 1-800-CAR-SALES are routed to appropriate service locations as determined by Enterprise's criteria and the originating phone number. *See* Exh. 5A, website entitled Questions About Your Search, found at http://www.enterprise.com/car_rental/contactUs.do, last accessed October 5, 2007; Exh. 5B, website entitled Rental Cars at Everyday Low Rates, found at http://www.enterprise.com/car_rental/termsAndConditions.do., last accessed October 5, 2007. |
| means for allocating individual latitude and longitude coordinates to each originating telephone number of all potential first parties; | The system used by Enterprise allocates the caller's ANI (Automatic Number Identification) to latitude and longitude coordinates. A person having ordinary skill in the art would normally provide this functionality using readily available, programs, data bases, tables or other instrumentalities that convert telephone numbers to addresses, ZIP codes, ZIP+4 codes or other location identifiers. A well known example of this is a reverse telephone directory. Addresses, ZIP codes and ZIP+4 codes may then be geocoded to latitudes and longitudes using geographic information systems (GISs), geocoding data bases or other instrumentalities such as ESRI and MapInfo. |
| means for defining the boundaries of one or more geographical areas which can be of any size and shape according to predetermined criteria, each point along said boundaries being defined by latitude and longitude coordinates; | Enterprise defines geographic areas using predetermined criteria. A person having ordinary skill in the art would normally provide this functionality using readily available programs or manual means to define boundaries with latitudes and longitudes. Examples of programs and manual means include GIS and physical overlay mapping. |
| means for assigning to each originating telephone number of said potential first parties a telephone number of a service location of a second party that will receive calls originating from within the boundary of a geographic area defined by said means for defining in which the individual latitude and longitude coordinates of the specific location of each of said potential | The system used by Enterprise assigns the telephone number of the appropriate Enterprise service location to the telephone number of the caller. A person having ordinary skill in the art would normally provide this functionality using readily available programs that determine whether a point lies within a boundary. Examples of such programs are GISs. The GIS |

| | |
|---|---|
| first parties lie; | programs use "point-in-polygon" (PIP) algorithmic techniques such as ray casting or winding numbers. The telephone number of the service location of the second party is associated with each geographic boundary is included with other data about the geographic area within the GIS or similar program. Once the PIP technique has identified which geographic area the latitude and longitude of the first party lies within, a union is made between the telephone number of the first party and the telephone number of the service location of the second party. |
| means for determining the originating telephone number of the first party from which said telephone call is to be routed; and | The system used by Enterprise uses the ANI to determine the caller's originating telephone number. A person having ordinary skill in the art would normally provide this functionality using readily available signaling protocols such as SS7 to obtain the ANI from the transmission or data networks that are part of the telecommunication network. For example, the SS7 Initial Address Message (IAM) includes the originating telephone number. |
| direct routing means for direct routing said telephone call to a service location of the second party assigned to said originating telephone number of the first party by said means for assigning. | The system used by Enterprise uses a database or look-up table in conjunction a telecommunications switching network to direct route the call to the appropriate Enterprise service location. |
| **U.S. Patent No. Re. 36,111 Claim 2** | **Enterprise** |
| 2. The system of claim 1 wherein said means for allocating, defining and assigning are comprised by a database. | Enterprise uses a database to allocate the caller's ANI to latitude and longitude coordinates, to define geographic areas using predetermined criteria, and to assign the telephone number of the appropriate Enterprise service location to the telephone number of the caller. |
| **U.S. Patent No. Re. 36,111 Claim 3** | **Enterprise** |
| 3. The system of claim 2 wherein said database resides at a long distance telephone service provider. | The database used by Enterprise is believed to be provided to a long distance carrier or equivalent platform service provider. |
| **U.S. Patent No. Re. 36,111 Claim 9** | **Enterprise** |
| 9. A method for direct routing a telephone call from a first party who has an originating telephone number at a specific location defined by latitude and longitude coordinates who dials a telephone number including digits uniquely characteristic to a second party having a | Enterprise has multiple service locations. Calls placed to, e.g., 1-800-261-7331, 1-800-RENT-A-CAR and 1-800-CAR-SALES are routed to appropriate service locations as determined by Enterprise's criteria and the originating phone number. *See* Exhs. 5A; 5B. |

| | |
|---|---|
| plurality of service locations, said method comprising the steps of: | |
| allocating individual latitude and longitude coordinates to each originating telephone number of all potential first parties; | Enterprise uses a system that allocates the caller's ANI to latitude and longitude coordinates. A person having ordinary skill in the art would normally allocate latitude and longitude coordinates using readily available, programs, data bases, tables or other instrumentalities that convert telephone numbers to addresses, ZIP codes, ZIP+4 codes or other location identifiers. A well known example of this is a reverse telephone directory. Addresses, ZIP codes and ZIP+4 codes may then be geocoded to latitudes and longitudes using GISs, geocoding data bases or other instrumentalities such as ESRI and MapInfo. |
| defining the boundaries of one or more geographical areas which can be of any size and shape according to predetermined criteria, each point along said boundaries being defined by latitude and longitude coordinates; | Enterprise defines geographic areas using predetermined criteria. A person having ordinary skill in the art would normally use readily available programs or manual means to define boundaries with latitudes and longitudes. Examples of programs and manual means include GIS and physical overlay mapping. |
| assigning to each originating telephone number of said potential first parties of a service parties location of a second party that receive calls originating from within the boundary of a geographic area defined in said step of defining in which the individual latitude and longitude coordinates of the specific location of each of said potential fist parties lie; | Enterprise uses a system that assigns the telephone number of the appropriate Enterprise service location to the telephone number of the caller. A person having ordinary skill in the art would normally make this assignment using readily available programs that determine whether a point lies within a boundary. Examples of such programs are GISs. The GIS programs use PIP algorithmic techniques such as ray casting or winding numbers. The telephone number of the service location of the second party is associated with each geographic boundary is included with other data about the geographic area within the GIS or similar program. Once the PIP technique has identified which geographic area the latitude and longitude of the first party lies within, a union is made between the telephone number of the first party and the telephone number of the service location of the second party. |
| determining the originating telephone number of the first party from which said telephone call is to be routed; and | Enterprise uses a system that uses the ANI to determine the caller's originating telephone number. A person having ordinary skill in the art would normally make this determination using readily available signaling protocols such as SS7 to obtain the ANI from the transmission |

| | |
|---|---|
| | or data networks that are part of the telecommunication network. For example, the SS7 IAM includes the originating telephone number. |
| directly routing said telephone call to a service location of the second party assigned to said originating telephone number of the first party by said step of assigning. | Enterprise uses a database or look-up table in conjunction a telecommunications switching network to have the call directly routed to the appropriate Enterprise service location. |

| **U.S. Patent No. Re. 36,111 Claim 10** | **Enterprise** |
|---|---|
| 10. The method of claim 9 wherein said steps of allocating, defining and assigning are performed in a database. | Enterprise uses a database to allocate the caller's ANI to latitude and longitude coordinates, to define geographic areas using predetermined criteria, and to assign the telephone number of the appropriate Enterprise service location to the telephone number of the caller. |

| **U.S. Patent No. Re. 36,111 Claim 11** | **Enterprise** |
|---|---|
| 11. The method of claim 10 wherein said database resides at a long distance telephone service provider. | The database used by Enterprise is believed to be provided to a long distance carrier or equivalent platform service provider. |

| **U.S. Patent No. Re. 36,111 Claim 17** | **Enterprise** |
|---|---|
| 17. A system for direct routing a telephone call from a first party who has an originating telephone number at a physical location and who dials a telephone number including digits uniquely characteristic to a second party having a plurality of service locations, said system comprising: | Enterprise has multiple service locations. Calls placed to, e.g., 1-800-261-7331, 1-800-RENT-A-CAR and 1-800-CAR-SALES are routed to appropriate service locations as determined by Enterprise's criteria and the originating phone number. *See* Exhs. 5A; 5B. |
| means for allocating latitude and longitude coordinates to the physical location of all potential first parties; | The system used by Enterprise allocates latitude and longitude coordinates to the location of the potential first parties. A person having ordinary skill in the art would normally provide this functionality using readily available, programs, data bases, tables or other instrumentalities that convert telephone numbers to addresses, ZIP codes, ZIP+4 codes or other location identifiers. A well known example of this is a reverse telephone directory. Addresses, ZIP codes and ZIP+4 codes may then be geocoded to latitudes and longitudes using GISs, geocoding data bases or other instrumentalities such as ESRI and MapInfo. |
| means for defining the boundaries of one or more geographical areas which can be | Enterprise defines geographic areas using predetermined criteria. A person having |

| | |
|---|---|
| of any size and shape according to predetermined criteria, each point along said boundaries being defined by latitude and longitude coordinates; | ordinary skill in the art would normally provide this functionality using readily available programs or manual means to define boundaries with latitudes and longitudes.  Examples of programs and manual means include GIS and physical overlay mapping. |
| means for assigning to the physical location of said potential first parties a telephone number of a service location of a second party that will receive calls originating from within the boundary of a geographic area in which the latitude and longitude coordinates of the physical location of each of said potential first parties lie; | The system used by Enterprise assigns the telephone number of the appropriate Enterprise service location to the physical location of the caller.  A person having ordinary skill in the art would normally provide this functionality using readily available programs that determine whether a point lies within a boundary.  Examples of such programs are GISs.  The GIS programs use PIP algorithmic techniques such as ray casting or winding numbers.  The telephone number of the service location of the second party is associated with each geographic boundary is included with other data about the geographic area within the GIS or similar program.  Once the PIP technique has identified which geographic area the latitude and longitude of the first party lies within, a union is made between the telephone number of the first party and the telephone number of the service location of the second party. |
| means for determining the originating telephone number of the first party from which said telephone call is to be routed; and | The system used by Enterprise uses the ANI to determine the caller's originating telephone number.  A person having ordinary skill in the art would normally provide this functionality using readily available signaling protocols such as SS7 to obtain the ANI from the transmission or data networks that are part of the telecommunication network.  For example, the SS7 IAM includes the originating telephone number. |
| direct routing means for directly routing said telephone call to a service location of the second party assigned to said originating telephone number of the first party by said means for assigning. | The system used by Enterprise uses a database or look-up table in conjunction a telecommunications switching network to direct route the call to the appropriate Enterprise service location. |
| **U.S. Patent No. Re. 36,111 Claim 19** | **Enterprise** |
| 19. The system of claim 17 wherein the physical location is defined by a ZIP+4 code. | The physical location of the caller is mapped to a ZIP+4 code. |
| **U.S. Patent No. Re. 36,111 Claim 20** | **Enterprise** |
| 20. The system of claim 17 wherein the physical location is defined by a ZIP code. | The physical location of the caller is mapped to a ZIP code. |

| U.S. Patent No. Re. 36,111 Claim 29 | Enterprise |
|---|---|
| 29. A method for direct routing a telephone call from a first party who has an originating telephone number at a physical location and who dials a telephone number including digits uniquely characteristic to a second party having a plurality of service locations, said method comprising the steps of: | Enterprise has multiple service locations. Calls placed to, e.g., 1-800-261-7331, 1-800-RENT-A-CAR and 1-800-CAR-SALES are routed to appropriate service locations as determined by Enterprise's criteria and the originating phone number. *See* Exhs. 5A; 5B. |
| allocating latitude and longitude coordinates to the physical location of all potential first parties; | Enterprise uses a system that allocates latitude and longitude coordinates to the location of the potential first parties. A person having ordinary skill in the art would normally allocate latitude and longitude coordinates using readily available, programs, data bases, tables or other instrumentalities that convert telephone numbers to addresses, ZIP codes, ZIP+4 codes or other location identifiers. A well known example of this is a reverse telephone directory. Addresses, ZIP codes and ZIP+4 codes may then be geocoded to latitudes and longitudes using GISs, geocoding data bases or other instrumentalities such as ESRI and MapInfo. |
| defining the boundaries of one or more geographical areas which can be of any size and shape according to predetermined criteria, each point along said boundaries being defined by latitude and longitude coordinates; | Enterprise defines geographic areas using predetermined criteria. A person having ordinary skill in the art would normally use readily available programs or manual means to define boundaries with latitudes and longitudes. Examples of programs and manual means include GIS and physical overlay mapping. |
| assigning to the physical location of said potential first parties a telephone number of a service location of a second party that will receive calls originating from within the boundary of a geographic area in which the latitude and longitude coordinates of the physical location of each of said potential first parties lie; | Enterprise uses a system that assigns the telephone number of the appropriate Enterprise service location to the location of the potential first parties. A person having ordinary skill in the art would normally make this assignment using readily available programs that determine whether a point lies within a boundary. Examples of such programs are GISs. The GIS programs use PIP algorithmic techniques such as ray casting or winding numbers. The telephone number of the service location of the second party is associated with each geographic boundary is included with other data about the geographic area within the GIS or similar program. Once the PIP technique has identified which geographic area the latitude and longitude of the first party lies within, a union is made between the telephone number of the first party and the telephone number of the service |

| | |
|---|---|
| | location of the second party. |
| determining the originating telephone number of the first party from which said telephone call is to be routed; and | Enterprise uses a system that uses the ANI to determine the caller's originating telephone number.  A person having ordinary skill in the art would normally make this determination using readily available signaling protocols such as SS7 to obtain the ANI from the transmission or data networks that are part of the telecommunication network.  For example, the SS7 IAM includes the originating telephone number. |
| directly routing said telephone call to a service location of the second party assigned to said originating telephone number of the first party by said step of assigning. | Enterprise uses a database or look-up table in conjunction a telecommunications switching network to have the call directly routed to the appropriate Enterprise service location. |
| **U.S. Patent No. Re. 36,111 Claim 31** | **Enterprise** |
| 31. The method of claim 29 wherein the physical location is defined by a ZIP+4 code. | The physical location of the potential first parties is mapped to a ZIP+4 code. |
| **U.S. Patent No. Re. 36,111 Claim 32** | **Enterprise** |
| 32. The method of claim 29 wherein the physical location is defined by a ZIP code. | The physical location of the potential first parties is mapped to a ZIP code. |
| **U.S. Patent No. Re. 36,111 Claim 41** | **Enterprise** |
| 41.  A method of constructing  a database wherein said database is used by a telephone service provider for direct routing a telephone call from a first party who has an originating telephone number at a physical location and who dials one of an 800-type, 900-type or other special access code telephone number assigned to a second party, who has determined specific locations to receive calls originating from within pre-determined geographic areas, thereby allowing the first party to reach one of a plurality of locations of the second party based on geographic location from which the telephone call originate from within one of a plurality of geographic areas, said method comprising the steps of: | Enterprise has multiple service locations.  Calls placed to, e.g., 1-800-261-7331, 1-800-RENT-A-CAR and 1-800-CAR-SALES are routed to appropriate service locations as determined by Enterprise's criteria and the originating phone number.  *See* Exhs. 5A; 5B. |
| (a) assigning individual latitude and longitude coordinates to the physical location of all potential first parties; | Enterprise has a database constructed that includes latitude and longitude coordinates assigned to the location of the potential first parties.  A person having ordinary skill in the art would normally assign latitude and longitude coordinates using readily available, programs, data bases, tables or other instrumentalities that convert telephone |

| | |
|---|---|
| | numbers to addresses, ZIP codes, ZIP+4 codes or other location identifiers. A well known example of this is a reverse telephone directory. Addresses, ZIP codes and ZIP+4 codes may then be geocoded to latitudes and longitudes using GISs, geocoding data bases or other instrumentalities such as ESRI and MapInfo. |
| (b) defining the boundaries of one or more geographic areas which can be of any size and shape according to predetermined criteria each point along said boundaries being defined by latitude and longitude coordinates; and | Enterprise has a database constructed in which geographic areas are defined using predetermined criteria. A person having ordinary skill in the art would normally use readily available programs or manual means to define boundaries with latitudes and longitudes. Examples of programs and manual means include GIS and physical overlay mapping. |
| (c) assigning to the physical location of said potential first parties a telephone number of a service location of a second party that will receive calls originating from within the boundary of a geographic territory in which the latitude and longitude coordinates of the physical location of each of said potential first parties lies. | Enterprise has a database constructed in which the telephone number of the appropriate Enterprise service location is assigned to the location of the potential first parties. A person having ordinary skill in the art would normally make this assignment using readily available programs that determine whether a point lies within a boundary. Examples of such programs are GISs. The GIS programs use PIP algorithmic techniques such as ray casting or winding numbers. The telephone number of the service location of the second party is associated with each geographic boundary is included with other data about the geographic area within the GIS or similar program. Once the PIP technique has identified which geographic area the latitude and longitude of the first party lies within, a union is made between the telephone number of the first party and the telephone number of the service location of the second party. |
| **U.S. Patent No. Re. 36,111 Claim 43** | **Enterprise** |
| 43. The method of claim 41 wherein step (a) comprises the steps of: | Enterprise has a database that is constructed in part by: |
| (i) determining a ZIP+4 code of the physical location of each potential first party: | Mapping the physical location of the caller to a ZIP+4 code; |
| (ii) determining the latitude and longitude coordinates of said ZIP+4 code; and | Determining the latitude and longitude coordinates of the ZIP+4; |
| (iii) correlating the latitude and longitude coordinates of each ZIP+4 code to the telephone number of each potential first party. | Correlating these latitude and longitude coordinates to the ANI of each potential first party. |
| **U.S. Patent No. Re. 36,111 Claim 44** | **Enterprise** |
| 44. The method of claim 41 wherein step (a) | Enterprise has a database that is constructed in |

| | |
|---|---|
| comprises the steps of: | part by: |
| (i) determining a ZIP code of the physical location of each potential first party; | Mapping the physical location of each potential first party to a ZIP code; |
| (ii) determining the latitude and longitude coordinates of the ZIP code of each potential first party; and | Determining the latitude and longitude coordinates of the ZIP code; |
| (iii) correlating the latitude and longitude coordinates of each ZIP code to the telephone number of each potential first party. | Correlating these latitude and longitude coordinates to the ANI of each potential first party. |


| U.S. Patent No. 5,805,689 Claim 1 | Enterprise |
|---|---|
| 1. In a telephone system, a method of constructing a database wherein said database is used by a telephone service provider for direct routing a telephone call from a first party who dials one of an 800-type, 900-type or other special access code telephone number assigned to a second party, who has determined specific locations to receive calls originating from within pre-determined geographic areas, thereby allowing the first party to reach one of a plurality of locations of the second party based on geographic location of the first party from within one of a plurality of geographic areas, said method comprising the steps of: | Enterprise has multiple service locations. Calls placed to, e.g., 1-800-261-7331, 1-800-RENT-A-CAR and 1-800-CAR-SALES are routed to appropriate service locations as determined by Enterprise's criteria and the originating phone number. *See* Exhs. 5A; 5B. |
| a. assigning individual latitude and longitude coordinates to each telephone number of all potential first parties; | Enterprise has a database constructed that includes latitude and longitude coordinates assigned to the ANI of the potential first parties. A person having ordinary skill in the art would normally assign latitude and longitude coordinates using readily available, programs, data bases, tables or other instrumentalities that convert telephone numbers to addresses, ZIP codes, ZIP+4 codes or other location identifiers. A well known example of this is a reverse telephone directory. Addresses, ZIP codes and ZIP+4 codes may then be geocoded to latitudes and longitudes using GISs, geocoding data bases or other instrumentalities such as ESRI and MapInfo. |
| b. defining the boundaries of one or more geographic areas which can be of any size and shape according to pre-determined criteria; | Enterprise has a database constructed in which geographic areas are defined using predetermined criteria. A person having ordinary skill in the art would normally use readily available programs or manual means to define boundaries with latitudes and longitudes. Examples of programs and manual means include GIS and physical overlay mapping. |

| | |
|---|---|
| c. assigning to the telephone number of each potential first party a telephone number of a specific location of the second party that will receive calls originating from within a geographic area of each first party; | Enterprise has database constructed in which the telephone number of the appropriate Enterprise service location is assigned to the ANI of the potential first party. A person having ordinary skill in the art would normally make this assignment using readily available programs that determine whether a point lies within a boundary. Examples of such programs are GISs. The GIS programs use PIP algorithmic techniques such as ray casting or winding numbers. The telephone number of the service location of the second party is associated with each geographic boundary is included with other data about the geographic area within the GIS or similar program. Once the PIP technique has identified which geographic area the latitude and longitude of the first party lies within, a union is made between the telephone number of the first party and the telephone number of the service location of the second party. |
| d. determining in which geographic area a potential call might originate for each potential first party in the area encompassed by all geographic areas; and | Enterprise has a database constructed in which the geographic area from which a call might originate is determined. |
| e. assigning the specific location of the second party to all potential first parties within the boundaries of each geographic area. | Enterprise has a database constructed in which the appropriate Enterprise service location is assigned to the potential first parties within the geographic area. |
| **U.S. Patent No. 5,805,689 Claim 3** | **Enterprise** |
| 3. The method of claim 1 wherein step a. further comprises the steps of: | Enterprise has a database that is constructed in part by: |
| a. determining a ZIP+4 code of the address of each potential first party; | Mapping the address of each potential first party to a ZIP+4 code; |
| b. determining the latitude and longitude coordinates of said ZIP+4 code; and | Determining the latitude and longitude coordinates of the ZIP+4; |
| c. correlating the latitude and longitude coordinates of each ZIP+4 code to the telephone number of each potential first party. | Correlating these latitude and longitude coordinates to the ANI of each potential first party. |



# Contact Enterprise Rent-A-Car in the US (includes Puerto Rico)

**US**   Canada   UK   Ireland   Germany                                    Print this

| | | |
|---|---|---|
| **Enterprise Car Rental Reservations** (open 24 hours) | | **1-800-261-7331** |
| | en Español | 1-877-416-0000 |
| | for users of TTY devices | 1-866-534-9270 |
| | | Email Us |

  Make a reservation
  Find a location near you
  Find answers on our website

| | |
|---|---|
| **Enterprise Business Rentals** | **1-877-881-5500** |

  Apply for a Business Rental Account
  Learn about our Business Rental Program

| | |
|---|---|
| **Enterprise Car Sales** | **1-800-car-sales** |
| | (1-800-227-7253) |
| | Email Us |

  Search for a used car
  Find a Car Sales location near you

| | |
|---|---|
| **Enterprise Commercial Trucks** | **1-888-rent-a-truck** |
| | (1-888-736-8287) |
| | Email Us |

  Learn about Commercial Truck rentals
  Find a Commercial Truck location near you

| | |
|---|---|
| **Enterprise Fleet Management** | **1-877-23-Fleet** |
| | (1-877-233-5338) |
| | Email Us |

  Learn about Enterprise Fleet Management
  Find a Fleet Management location near you

### Customer Service and Support

| | |
|---|---|
| Customer Service | 1-800-2 |
| Roadside Assistance | 1-800-3 |
| Website Help | 1-877-8 |

**Chat with a Customer Service Agent**

### Careers at Enterprise Rent-A-Car

At Enterprise we focus on building your sk your confidence, your community and you career. You'll learn how to be part of a tea and how to succeed. **Learn more**

**Contact a Local Recruiter**
**Apply Online**

### Vanpool and Rideshare

Save time, money and reduce the stress o your commute. **Learn more**

### Remarketing (for licensed dealers)

Purchase cars from the largest rental fleet North America. **Learn more**

| | |
|---|---|
| Direct Dealer Program | 1-888-4 |
| | 1-888-4 |

### Suppliers and Vendors

Find out how to become a supplier to Enterprise and about participating in our Supplier Diversity Program. **Learn more**



# Our Apologies

We cannot display the page you are currently trying to access because your session has timed out. This problem occurs because the system cannot always retrieve page content if the browser is idle for too long.

Please return to the [Enterprise home page](#) and start your reservation again or give us a call at 1-800-rent-a-car (1-800-736-8222) and let us help you book a reservation.

**Go to Enterprise Home**