## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| 800 ADEPT, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § |
| | §    Civil Action No. 5:07cv57 |
| ENTERPRISE RENT-A-CAR COMPANY, | § |
| ET AL | § |
| | § |
| Defendants. | § |

## AMENDED NOTICE OF INTENTION TO TAKE
## DEPOSITION DUCES TECUM OF JAMES D. SHAFFER

Please take notice that at **9:30 a.m. (Pacific Time) on December 10, 2007** the deposition

of James D. Shaffer will be taken pursuant to the Federal Rules of Civil Procedure and notice of

counsel. Said deposition will be conducted at the offices of Esquire Deposition Services, 402 W.

Broadway, #700, San Diego, CA 92101, before a court reporter and officer authorized by law to

administer oath. Said deposition is for the purpose of discovery and for use as evidence in the

above-styled and numbered cause. The deposition may be, at the election of Plaintiff's counsel,

videotaped. You are invited to attend and cross-examine.

Please take further notice that pursuant to the Federal Rules of Civil Procedure, said

deponent is hereby directed to produce at **10:00 a.m. (Pacific Time) on November 28, 2007** to

Brytta Cramer at the offices of Esquire Deposition Services, 402 W. Broadway, #700, San

Diego, CA 92101, or at another agreed upon location, and to permit the inspection and copying

of, any and all documents which reflect, mention, relate, or pertain to the matters that are



EXHIBIT

F

described herein, including but not limited to, those items more particularly described in the

Exhibit A attached hereto and incorporated herein by reference.

Respectfully submitted,

*Nicholas H. Patton*   w/ permission
(Carl Slack Anderson)

Nicholas H. Patton
SBN: 15631000
PATTON, TIDWELL & SCHROEDER, L.L.P.
4605 Texas Boulevard - P.O. Box 5398
Texarkana, Texas 75505-5398
(903) 792-7080 / (903) 792-8233 (fax)

LANIER LAW FIRM, P.C.
W. Mark Lanier       SBN: 11934600
Eugene R. Egdorf     SBN: 06479570
Dara G. Hegar        SBN: 24007280
6810 FM 1960 West
Houston, Texas 77069
(713) 659-5200       (713) 659-2204 (fax)

MAHER, GUILEY & MAHER, PA
Steven R. Maher      SBN: 24030268
J. Brent Smith       SBN: 0010837 (Florida)
631 W. Morse Blvd., Suite 200
Winter Park, FL 32789
(407) 839-0866       (407) 425-7958 (fax)

Patricia L. Peden
California Bar No. 206440
Law Offices of Patricia L. Peden
610 16th Street, Suite 400
Oakland, CA 94612
Phone: 510.268.8033
E-mail: ppeden@pedenlawfirm.com

Lorrel Plimier
California Bar No. 205833
The Plimier Law Firm
610 16th Street, Suite 400
Oakland, CA 94612
Phone: 510.268.1770
E-mail: lorrel@plimlaw.com

ATTORNEYS FOR PLAINTIFFS

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on opposing counsel via electronic service this 13th day of November, 2007.

Nicholas H. Patton

## EXHIBIT A

## DOCUMENT REQUESTS

1.   Source code, in digital format, for Targus OnDemand Telepass and OnDemand LocationID ("OnDemand products").

2.   All comments to the source code for OnDemand products sufficient to trace any changes made to other Targus software or to previous versions of OnDemand software that resulted in the current versions of the source code for OnDemand products.

3.   A text file or files sufficient to read and understand the precise algorithms used in the OnDemand products.

4.   Databases used in the development or implementation of the OnDemand products, including documents sufficient to show what algorithms or processes are or were used in the creation of such databases.

5.   Documents sufficient to show how Targus translates ZIP+4 to V-H coordinates.

6.   Documents sufficient to show what algorithms or processes are or were used in the development and implementation of the ZIP+4 to V-H coordinate table used in conjunction with the OnDemand products.

7.   Documents sufficient to show what algorithms or processes are or were used by Targus in assigning V-H coordinates to the geographic location of callers.

8.   Documents sufficient to show what algorithms or processes are or were used by Targus in associating client locations with V-H coordinates.

9.   Documents sufficient to identify what information is provided to your customers who receive OnDemand LocationID.

10. Documents showing the project and development history of the OnDemand products (including systems and algorithms used in the development or implementation of the OnDemand products), including but not limited to:

    a.  Meeting notes or e-mail regarding meetings (including strategy meetings figuring out what infringement claims needed to be got around and how you proposed to get around them)

    b.  Project schedules

    c.  Requirements documents and e-mail concerning the same

    d.  RFC's (Requests for change)

    e.  Software design documents and e-mail concerning the same including but not limited to: software architecture, software module descriptions, databases and their schema, and algorithm descriptions.

    f.  Hardware design documents and e-mail concerning the same including but not limited to: hardware architecture, system description documents.

    g.  Network design documents and e-mail concerning the same, including but not limited to: data communications networking and voice communications networking including architectures, systems, interfaces, protocols and message sets for each type of networking.

    h.  System test documentation including but not limited to: system test plans, system test procedures, and system test results.

    i.  All regression testing requirements and results.

    j.  E-mail providing the above information where such e-mail is the means of disseminating such information.

5

11. An example of OnDemand Telepass and example of OnDemand LocationID as actually implemented in a client application including but not limited to:

    a.  Call flows

    b.  Any software, in digital form, modified from Item 1 for that particular client

    c.  All data files required to run the software for the client such as system parameter files, system configuration files, client specific databases and database data, and other input data files

    d.  Actual call records sufficient to determine the accuracy of the assignments.